

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-14-01025-CV

Style:                Ali Lahijani and Mega Shipping, LLC

                       **v.** Melifera Partners, LLC, MW Realty Group, and Melissa Waters

Date motion filed[*]:    April 29, 2015

Type of motion:       Motion for leave to file amended opening brief

Party filing motion:    Appellant

Document to be filed:   Amended appellant's brief

Is appeal accelerated?    Yes

If motion to extend time:

       Original due date:

       Number of previous extensions granted:         Current Due date:

       Date Requested:

Ordered that motion is:

       ☑      Granted in part

            If document is to be filed, document due:  **May 19, 2015**

            ☐ The Court will not grant additional motions to extend time.

       ☐      Denied

       ☐      Dismissed in part

       ☐      Other: _____

   Appellants' request to file an amended brief is granted. **Appellant's amended brief is due May 19, 2015.**

   Appellees' brief is due to be filed no later than 20 days from the date of the filing of appellant's amended brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature:   /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  May 5, 2015